# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GLORIA ANN PARKER,

    Plaintiff,

v.                                                    C. A. No.: 1:16-cv-10762

NANCY A. BERRYHILL,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

AND NOW, this __20th__ day of __November__, 2017, it is hereby ORDERED that Plaintiff, Gloria Ann Parker, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of __$6,384.00__ and costs in the amount of $400.00 to be paid separately from the Judgment Fund. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program the remaining EAJA fees, after offset, will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

                                                      /s/ George A. O'Toole, Jr.
                                                    United States District Judge